**Electronically Filed**
**Supreme Court**
**SCWC-12-0000266**
**13-AUG-2014**
**04:12 PM**

SCWC-12-0000266

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MARK C. KELLBERG, Respondent/Plaintiff-Appellant,

vs.

CHRISTOPHER J. YUEN, in his capacity as Planning Director, County of Hawai'i, and COUNTY OF HAWAI'I, Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000266; CIV. NO. 07-1-0157)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and Circuit Judge Garibaldi, in place of Wilson, J., recused, dissenting in part)

Petitioners/Defendants-Appellees Christopher J. Yuen and County of Hawaii's application for writ of certiorari filed on June 27, 2014, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, August 13, 2014.

Laureen L. Martin
for petitioners

Robert H. Thomas,
Mark M. Murakami, and
Christopher J.I. Leong
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

